IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-20129-01-CM |
| ) | |
| CRAIG IVANCIC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The defendant, Craig Ivancic, has filed a motion (Doc. #31) seeking extension of time for his surrender for service of the sentence imposed by the court from July 1, 2005 to August 1, 2005. The motion is granted, and the judgment in this case is amended to provide that the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons, as notified by the United States Marshal, but not before August 1, 2005.

The clerk is directed to transmit copies or notices of this order to counsel of record, to the United States Marshal, and to the Bureau of Prisons.

BY THE COURT IT IS SO ORDERED.

Dated at Kansas City, Kansas, June 30, 2005.

s/ Carlos Murguia
Carlos Murguia
United States District Judge
